**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

GCIU-EMPLOYER RETIREMENT FUND AND BOARD OF TRUSTEES OF THE GCIU-EMPLOYER RETIREMENT FUND,

Plaintiffs,

v.

T.C. PETERS PRINTING CO., INC., a New York corporation,

Defendant.

No. CV 25-11893-DMG (SSCx)

**JUDGMENT**

On August 14, 2026, this Court granted the motion for default judgment filed by Plaintiffs GCIU-Employer Retirement Fund and Board of Trustees of the GCIU-Employer Retirement Fund.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiffs and against Defendant T.C. Peters Printing Co., Inc. in the total amount of $16,649.70. The total amount of the judgment is comprised the following: $9,652.50 in past due minimum total annual contribution shortages for the 2021, 2022, 2023, and 2024 years pursuant to Section 515 of ERISA, 29 U.S.C. § 1145;

$2,532.13 in interest accrued until March 25, 2026; $376.30 in interest accrued from March 26, 2026 through the date of this judgment; $1,930.50 in liquidated damages; $1,446.91 in attorneys' fees pursuant to Local Rule 55-3; and $711.36 in costs.

**IT IS SO ORDERED.**

DATED: August 14, 2026

Dolly M. Gee

DOLLY M. GEE
Chief United States District Judge